# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS M.I. PICOZZI,
    Plaintiff,

v.                        CIVIL ACTION NO. 18-CV-2210

FRANCIS GERARD JANSON,
    Defendant.

## ORDER

AND NOW, this 31st day of May, 2018, upon consideration of Plaintiff Thomas M.I. Picozzi's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Picozzi's Complaint is **DISMISSED** for lack of subject matter jurisdiction for the reasons set forth in the Court's Memorandum. This dismissal is **without prejudice** to Picozzi's right to raise his claims against Janson in state court. Picozzi may not file an amended complaint in this matter.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
C. DARNELL JONES, II, J.

ENT'D JUN 01 2018